D 001 RAINBOLT,DEREK,JAMES, DOB: 08/10/80 SEX: M RACE: W
SSN: XXXXXXXXX

#295049, THUMB CORRECTIONAL
3225 JOHN CONLEY DRIVE
LAPEER, MI 48446
ATY:

CTN:611300789301 TCN:PV14003377P
SID:2203371J PIN:FPPD 13-3319
DLN:XXXXXXXXXXXXX ST:XX
PROSECUTOR: HILSON,DALE J.,
P-57726

LOWER DISTRICT: 6000 CTY# 61 CASE# 14157092FY PRELIM: HELD 07/02/14
INCARCERATION DATE: 02/05/14 DISTRICT ARRAIGNMENT: 02/06/14

Bond History

| Num | Amount | Type | Posted Date | Status |
|---|---|---|---|---|
| 1 | $100,000.00 | Cash/Surety | | |
| 2 | $200,000.00 | Ten Percent | | |

Charges

| Num | Type | Charge(Pacc) | Asc/Trf | Charge Description | Offense Dt | Dsp | Evt |
|---|---|---|---|---|---|---|---|
| 01 | ORG | 750.520B1B | | CSC 1ST DEGREE RELATION | 08/01/10 | GTY | JTW |
| | HAB | 769.12 | | HABITUAL OFFENDER 4TH CON | | | |

Assessments

| Account | Ordered | Paid | Balance |
|---|---|---|---|
| STATE MINIMUM COSTS | $68.00 | $68.00 | $.00 |
| CRIME VICTIM RIGHTS | $130.00 | $99.00 | $31.00 |
| 20% LATE FEE | $39.60 | $31.00 | $8.60 |
| TOTAL: | $237.60 | $198.00 | $39.60 |

PAYMENT DUE: 5/13/15 LATE FEE DATE: 7/09/15

Actions, Judgments, Case Notes

| Num | Date | Judge | Chg/Pty | Event Description/Comments | |
|---|---|---|---|---|---|
| 1 | 02/21/14 | MARIETTI | | RETURN TO CIRCUIT COURT | CLK JB |
| 2 | | | | CONDITIONAL BOND EXTENDED | CLK JB |
| | | | | ****************************** | CLK |
| | | | | BOND EXPIRES 04/02/15 | CLK |
| | | | | NO CONTACT WITH ALYSSA WARD OR | CLK |
| | | | | HER RESIDENCE | CLK |
| | | | | ****************************** | CLK |
| 3 | 02/28/14 | | | INFORMATION | CLK JB |
| 4 | | | | WITNESS LIST FILED | CLK JB |
| 5 | 03/03/14 | | | ARRAIGNMENT | CRT JB |
| | | | | WAIVED | CRT |
| 6 | 03/06/14 | | | NOTICE SENT FOR: 03/13/14 3:15 PM PRE-TRIAL HEARING | CLK LAL |
| | | | | and COBBS HEARING | CLK |
| 7 | | | | PROOF OF SERVICE FILED | CLK LAL |

| No. | Date | Party | Action | Clerk |
|---|---|---|---|---|
| 8 | | | PROOF OF SERVICE FILED | CLK MLW |
| | | | RE: FELONY INFORMATION AND | CLK |
| | | | NOTICE OF ENHANCEMENT | CLK |
| 9 | 04/09/14 | | WITNESS LIST FILED | CLK LAL |
| | | | AND PRETRIAL SUMMARY | CLK |
| 10 | | | NOTICE SENT FOR: 04/22/14 2:00 PM | CLK LAL |
| | | | COBBS HEARING | |
| 11 | | | PROOF OF SERVICE FILED | CLK LAL |
| 12 | 04/30/14 | | NOTICE SENT FOR: 06/03/14 9:00 AM | CLK LAL |
| | | | JURY TRIAL | |
| | | | 2-day trial, to be continued | CLK |
| | | | JUNE 4, 2014. | CLK |
| 13 | | | PROOF OF SERVICE FILED | CLK LAL |
| 14 | 05/09/14 | | Retained counsel allowed to | CLK LAL |
| | | | withdraw. Petition for PD | CLK |
| | | | granted. | CLK |
| 17 | | | STIP AND ORD FOR WITHDRAWAL OF | CLK JB |
| | | | COUNSEL; | CLK |
| 15 | 05/12/14 | D 001 | FROM: KACEL,MATTHEW RYAN, | CLK LAL |
| | | | TO: JOHNSON,FREDERICK D.,JR | CLK |
| 16 | | | PROOF OF SERVICE FILED | CLK LAL |
| | | | Trial notice provided to PD | CLK |
| | | | along with copy of Information | CLK |
| 18 | 05/21/14 | | *DEF'S REQUEST FOR DISCOVERY | CLK MLW |
| | | | *PRF/SVC | CLK |
| 19 | 05/27/14 | | MOTION FILED | CLK MLW |
| | | | SET NEXT DATE FOR: 06/02/14 10:30 AM | CLK |
| | | | MOTION HEARING | |
| | | | AMEND INFORMATION | CLK |
| | | | *MOTION TO AMEND THE INFORMA- | CLK |
| | | | TION | CLK |
| | | | *PLAINTIFF'S BRIEF IN SUPPORT | CLK |
| | | | OF PLAINTIFF'S MOTION TO | CLK |
| | | | AMEND THE INFORMATION | CLK |
| | | | *NOTICE OF HEARING | CLK |
| 20 | | | *PLAINTIFF'S REQUEST FOR | CLK MLW |
| | | | DISCOVERY | CLK |
| | | | *PRF/SVC | CLK |
| 21 | | | MOTION FILED | CLK MLW |
| | | | *MOTION TO ADD WITNESS(ES) | CLK |
| | | | *NOTICE OF HEARING (5/2/14) | CLK |
| | | | *PRF/SVC | CLK |
| 22 | 05/29/14 | | AMENDED MOT TO ADD WITNESS(ES) | CLK JB |
| | | | NOTICE OF HEARING; | CLK |
| | | | PROOF OF SERVICE; | CLK |
| 23 | | | RESPONSE TO DEF'S REQUEST FOR | CLK JB |
| | | | DISCOVERY; | CLK |
| | | | PROOF OF SERVICE; | CLK |
| 24 | 05/30/14 | | STIP AND ORD TO REMAND TO | CLK JB |
| | | | DIST CT | CLK |
| | | | --RE PRELIMINARY EXAMINATION; | CLK |
| 25 | 07/03/14 | | RETURN TO CIRCUIT COURT | CLK JB |
| | | | BIND OVER/TRANSFER AFTER | CLK |
| | | | PRELIMINARY EXAMINATION FELONY | CLK |
| 26 | | | AMENDED INFORMATION FELONY | CLK JB |
| | | | --CT2; | CLK |
| 27 | 07/11/14 | | INFORMATION | CLK JB |

| No. | Date | Party | Entry | |
|---|---|---|---|---|
| 28 | | | WITNESS LIST FILED | CLK JB |
| 29 | 07/15/14 | | ARRAIGNMENT | CRT JB |
| | | | WAIVED | CRT |
| 32 | | | * DEMAND FOR TRANSCRIPT OF | CLK JB |
| | | | PRELIMINARY EXAM | CLK |
| | | | * ORDER | CLK |
| | | | * ACKNOWLEDGMENT | CLK |
| 30 | 07/24/14 | | NOTICE SENT FOR: 08/01/14 9:00 AM | CLK LAL |
| | | | PRE-TRIAL HEARING | |
| | | | and Cobbs hearing | CLK |
| 31 | | | PROOF OF SERVICE FILED | CLK LAL |
| 33 | 08/01/14 | | WITNESS LIST FILED | CLK LAL |
| | | | AND PRETRIAL SUMMARY | CLK |
| 34 | | | NOTICE SENT FOR: 09/09/14 9:00 AM | CLK LAL |
| | | | JURY TRIAL | |
| | | | 3-DAY TRIAL, TO BE CONTINUED | CLK |
| | | | SEPTEMBER 10 & 11, 2014. | CLK |
| 35 | | | PROOF OF SERVICE FILED | CLK LAL |
| 36 | 08/06/14 | | * PLT'S REQUEST FOR DISCOVERY | CLK JB |
| | | | PER MCR 6.201 | CLK |
| | | | * PROOF OF SERVICE | CLK |
| 37 | 08/12/14 | | ****************************** | CLK JB |
| | | | TRANSCRIPT FILED | CLK |
| | | | PRELIMINARY EXAM 07/02/14 | CLK |
| | | | DEF'S MOT RE BOND 07/02/14 | CLK |
| | | | ****************************** | CLK |
| 38 | 08/28/14 | | MOTION FILED | CLK JB |
| | | | SET NEXT DATE FOR: 09/08/14 10:45 AM | CLK |
| | | | MOTION HEARING | |
| | | | RE MOT TO ADD WITNESS | CLK |
| | | | * MOTION TO ADD WITNESS(ES) | CLK |
| | | | * NOTICE OF HEARING | CLK |
| | | | * PROOF OF SERVICE | CLK |
| 39 | 08/29/14 | D 001 | * DEF'S RESPONSE TO PLT'S | CLK JB |
| | | | REQUEST FOR DISCOVERY | CLK |
| | | | * PROOF OF SERVICE | CLK |
| 40 | 09/02/14 | D 001 | * DEF'S NOTICE OF ALIBI | CLK JB |
| | | | * PROOF OF SERVICE | CLK |
| 41 | | D 001 | MOTION FILED | CLK JB |
| | | | SET NEXT DATE FOR: 09/08/14 10:46 AM | CLK |
| | | | MOTION HEARING | |
| | | | RE MOT TO SUPPRESS | CLK |
| | | | * MOTION TO SUPPRESS | CLK |
| | | | * BRIEF IN SUPPORT OF DEF'S | CLK |
| | | | MOT TO SUPPRESS | CLK |
| | | | * NOTICE OF HEARING | CLK |
| | | | * PROOF OF SERVICE | CLK |
| 43 | | | * STIP AND ORD TO ADD | CLK JB |
| | | | WITNESS(ES) | CLK |
| 42 | 09/03/14 | | MOTION FILED | CLK JB |
| | | | * PEOPLE'S MOTION TO ADJOURN | CLK |
| | | | TRIAL | CLK |
| | | | * NOTICE OF HEARING | CLK |
| | | | * PROOF OF SERVICE | CLK |
| 64 | | | MOTION HEARING | CRT TJK |
| | | | JOHNSON/BAKER MOTION TO | CRT |
| | | | ADJOURN GRANTED | CRT |

| | | | | |
|---|---|---|---|---|
| 46 | 09/08/14 | D 001 | * DEF'S AMENDED NOTICE OF | CLK JB |
| | | | ALIBI | CLK |
| 47 | | D 001 | * MEMORANDUM TO STRIKE | CLK JB |
| | | | WITNESS(ES) RE DIANE ADAMS | CLK |
| | | | * PROOF OF SERVICE | CLK |
| 48 | | | * MEMORANDUM TO ADD | CLK JB |
| | | | WITNESSES | CLK |
| | | | * PROOF OF SERVICE | CLK |
| 49 | | D 001 | MOTION FILED | CLK JB |
| | | | SET NEXT DATE FOR: 09/29/14 4:00 PM | CLK |
| | | | MOTION HEARING | |
| | | | RE DEF'S MOT TO SUPPRESS | CLK |
| | | | * NOTICE OF HEARING | CLK |
| | | | * PROOF OF SERVICE | CLK |
| 50 | | | * ORDER | CLK JB |
| | | | --GRANTING PLT'S MOT TO | CLK |
| | | | ADJOURN | CLK |
| 44 | 09/10/14 | | NOTICE SENT FOR: 10/07/14 9:00 AM | CLK LAL |
| | | | JURY TRIAL | |
| | | | 3-day trial, to be continued | CLK |
| | | | OCTOBER 8 & 9, 2014. | CLK |
| 45 | | | PROOF OF SERVICE FILED | CLK LAL |
| 51 | 09/26/14 | | * NOTICE OF INTENT TO | CLK JB |
| | | | INTRODUCE OTHER ACTS EVID | CLK |
| | | | * PROOF OF SERVICE | CLK |
| | | | * PLT'S BRIEF IN OPPOSITION TO | CLK |
| | | | DEF'S MOT IN LIMINE TO | CLK |
| | | | SUPPRESS DEF'S STATEMENT TO | CLK |
| | | | POLICE | CLK |
| | | | * PROOF OF SERVICE | CLK |
| 65 | 09/29/14 | | MOTION HEARING | CRT TJK |
| | | | JOHNSON/BAKER MOTION TO | CRT |
| | | | SUPPRESS STATEMENT BY DEF. | CRT |
| | | | WRITTEN OPINION TO BE | CRT |
| | | | GIVEN. | CRT |
| 52 | 10/03/14 | | MISCELLANEOUS HEARING | CRT WEK |
| | | | C Johnson/P Baker Motion | CRT |
| | | | hearing on Prosecutor's motion | CRT |
| 53 | 10/06/14 | D 001 | * MOTION IN LIMINE | CLK JB |
| | | | --RE SUPPRESION/REDACTION | CLK |
| | | | OF MEDICAL REPORT | CLK |
| 54 | | | * AMENDED INFORMATION FELONY | CLK JB |
| 55 | 10/07/14 | | * 14-064458-FH TO 14-064458-FC | CLK JB |
| | | | * ORDER CHANGING CASE SUFFIX | CLK |
| 56 | | | JURY TRIAL WHOLE DAY | CRT TJK |
| | | | JOHNSON/BAKER JURY SELECTION | CRT |
| | | | JURY INSTRUCTION, OPENING | CRT |
| | | | STATEMENTS, WITNESS TESTIMONY | CRT |
| 57 | 10/08/14 | | JURY TRIAL WHOLE DAY | CRT TJK |
| | | | JOHNSON/BAKER WITNESS | CRT |
| | | | TESTIMONY, EVIDENCE ADMISSION | CRT |
| 58 | 10/09/14 | 00001 | JURY TRIAL WHOLE DAY | CRT TJK |
| | | | FOUND GUILTY | CRT |
| | | | JOHNSON/BAKER WITNESS | CRT |
| | | | TESTIMONY, CLOSING ARGUEMENTS | CRT |
| | | | FINAL INSTRUCTIONS, JURY | CRT |
| | | | DELIBERATIONS, VERDICT. | CRT |

| No. | Date | Code | Action | Clerk |
|---|---|---|---|---|
| 59 | | 00001 | SET NEXT DATE FOR: 11/10/14 9:15 AM | CLK TJK |
| | | | SENTENCING | |
| 60 | 10/15/14 | | * REQUEST FOR TRANSCRIPT | CLK JB |
| | | | EXCERPTS | CLK |
| | | | * ORDER | CLK |
| 61 | 11/10/14 | | SENTENCING | CRT WEK |
| | | | C.Johnson/P.Baker F&C, SIR, | CRT |
| | | | Right of Appeal, Mittimus, | CRT |
| | | | Judgment | CRT |

SENTENCE PRISON: MINIMUM 14-MMM-DDD MAXIMUM 30-MMM-DDD CREDIT YYY-MMM-278

BEGIN 11/10/14

$68.00 STATE MINIMUM COSTS 130.00 CRIME VICTIM RIGHTS

| No. | Date | Code | Action | Clerk |
|---|---|---|---|---|
| 62 | | | FINAL ORDER OR JUDGMENT FILED | CLK JB |
| | | | * JUDGMENT OF SENTENCE | CLK |
| 63 | 11/17/14 | | ***************************** | CLK JB |
| | | | TRANSCRIPT FILED | CLK |
| | | | EXCERPTS OF TRIAL 10/08/14 | CLK |
| | | | TESTIMONY OF BARB | CLK |
| | | | CROSS AND DR. SIMS | CLK |
| | | | ***************************** | CLK |
| 66 | 01/09/15 | | MISCELLANEOUS ACTION BY CLERK | CRT TJK |
| | | | APPEAL PREPARED, MAILED, ATTY | CRT |
| | | | MICHAEL SKINNER ASSIGNED. | CRT |
| 67 | | | MONEY ORDERED | CRT *** |
| | | | AUTOMATIC LATE FEE ASSESSMENT | CRT |

$39.60 20% LATE FEE

| No. | Date | Code | Action | Clerk |
|---|---|---|---|---|
| 68 | | | * CLAIM OF APPEAL AND ORDER | CLK JB |
| | | | APPOINTING COUNSEL | CLK |
| | | | * CERTIFICATE OF MAILING | CLK |
| 69 | 01/16/15 | | * REPORTER/RECORDER CERT OF | CLK JB |
| | | | ORDERING OF TRANSCRIPT ON | CLK |
| | | | APPEAL TO COA | CLK |
| 70 | 01/23/15 | | * CORRESPONDENCE FROM | CLK JB |
| | | | APPELLATE COUNSEL, | CLK |
| | | | MICHAEL B. SKINNER, | CLK |
| | | | REQUESTING COPY OF FILE AND | CLK |
| | | | ANY TRANSCRIPTS | CLK |
| | | | --MAILED 01/27/15 | CLK |
| 71 | 01/30/15 | | *AMENDED JUDGMENT OF SENTENCE | CLK ALH |
| 72 | 02/13/15 | | ***************************** | CLK ALH |
| | | | TRANSCRIPT FILED | CLK |
| | | | RE: SENTENCE | CLK |
| | | | HELD ON NOV 10,2014 | CLK |
| | | | ***************************** | CLK |
| 73 | | | ***************************** | CLK ALH |
| | | | TRANSCRIPT FILED | CLK |
| | | | RE: MOTION IN LIMINE | CLK |
| | | | HELD ON OCT 3,2014 | CLK |
| | | | ***************************** | CLK |
| 74 | | | ***************************** | CLK ALH |
| | | | TRANSCRIPT FILED | CLK |
| | | | RE: MOTION TO SUPRESS | CLK |
| | | | HELD ON SEPT 29,2014 | CLK |
| | | | ***************************** | CLK |
| 75 | | | ***************************** | CLK ALH |
| | | | TRANSCRIPT FILED | CLK |

| | | | | |
|---|---|---|---|---|
| | | RE: MOTION TO ADJOURN TRIAL | CLK | |
| | | HELD ON SEPT 3, 2014 | CLK | |
| | | ****************************** | CLK | |
| 76 | | ****************************** | CLK | ALH |
| | | TRANSCRIPT FILED | CLK | |
| | | RE: JURY TRIAL - DAY 1 | CLK | |
| | | HELD ON OCT 7,2014 | CLK | |
| | | ****************************** | CLK | |
| 77 | | ****************************** | CLK | ALH |
| | | TRANSCRIPT FILED | CLK | |
| | | RE: JURY TRIAL - DAY 2 | CLK | |
| | | HELD ON OCT 8,2014 | CLK | |
| | | ****************************** | CLK | |
| 78 | | ****************************** | CLK | ALH |
| | | TRANSCRIPT FILED | CLK | |
| | | RE: JURY TRIAL - DAY 3 | CLK | |
| | | HELD ON OCT 9,2014 | CLK | |
| | | ****************************** | CLK | |
| 79 | | *NTC OF FILING OF TRANSCRIPT | CLK | ALH |
| | | AND AFFIDAVIT OF MAILING | CLK | |
| 80 | 04/14/15 | COLLECT Status - PRISON | CLK | SAV |
| 81 | | PREV. 3897 FLEETWOOD LANE | CLK | SAV |
| | | ADDR. MUSKEGON MI 49442 | CLK | |
| | | SOURCE: MDOC | CLK | |
| 82 | | MDOC 295049 | CLK | SAV |
| 83 | | COURT ORDERED PAID | CLK | SAV |
| | | RECEIPT# 00095151 AMT $137.50 | | |
| 84 | 05/13/15 | COURT ORDERED PAID | CLK | SAV |
| | | RECEIPT# 00095894 AMT $60.50 | | |
| 85 | 09/09/15 | *SENT ENTIRE FILE W/ | CLK | ANG |
| | | TRANSCRIPTS TO MI COURT OF | CLK | |
| | | APPEALS | CLK | |
| 86 | 09/10/15 | *CERTIFIED MAIL RECEIPT TO | CLK | ANG |
| | | MI COURT OF APPEALS | CLK | |
| 87 | 09/14/15 | *CERT/MAIL RETURN RCPT FROM | CLK | ALH |
| | | MICHIGAN COURT OF APPEALS | CLK | |
| 88 | D 001 | REQUEST FOR APPOINTMENT OF ATTORNEY | CLK | ALH |
| | | AND AFFIDAVIT OF INDIGENCY | CLK | |
| | | *SENT TO JUDGE* | CLK | |
| 89 | 04/28/16 | MISCELLANEOUS ORDER | CLK | ALH |
| | | *ORDER FROM COURT OF APPEALS | CLK | |
| | | **AFFIRMED** | CLK | |
| 90 | 06/27/16 | *MAACS STATEMENT OF SERVICE | CLK | JAS |
| | | & ORDER FOR PAYMENT OF COURT | CLK | |
| | | APPOINTED COUNSEL | CLK | |
| | | *****GRANTED***** | CLK | |
| 91 | 01/06/17 | ****************************** | CLK | AYM |
| | | FILE/TRANSCRIPTS/DENIED LETTER | CLK | |
| | | RETURNED FROM MI SUPREME COURT | CLK | |
| | | 10/26/16 | CLK | |
| | | ****************************** | CLK | |
| 92 | | *ORDER FROM COURT OF APPEALS | CLK | JAS |
| | | *****DENIED***** | CLK | |
| 93 | 11/29/17 | MOTION FILED | CLK | TV |
| | | *MOTION FOR RELIEF FROM | CLK | |
| | | JUDGMENT | CLK | |
| 94 | | MOTION FILED | CLK | TV |

| No. | Date | | Action | | |
|---|---|---|---|---|---|
| | | | *MOTION FOR GINTHER/ | CLK | |
| | | | EVIDENTIARY HEARING | CLK | |
| 95 | 01/09/18 | D 001 | FROM: JOHNSON,FREDERICK D.,JR | CLK | LAL |
| | | | TO: PRO-PER | CLK | |
| 96 | | | MISCELLANEOUS ORDER | CLK | TV |
| | | | *ORDER FOR RESPONSE | CLK | |
| 97 | 03/06/18 | | MISCELLANEOUS ACTION BY JUDGE | CRT | LAL |
| | | | UNDER ADVISEMENT | CRT | |
| | | | PROSECUTOR'S RESPONSE TO | CRT | |
| | | | MOTION RECEIVED BY THE | CRT | |
| | | | COURT. | CRT | |
| 98 | | | *BRIEF FILED | CLK | TV |
| 99 | 03/15/18 | | MISCELLANEOUS ORDER | CLK | TV |
| | | | *OPINION/ORDER RE: MOTION FOR | CLK | |
| | | | RELIEF FROM JUDGMENT | CLK | |
| | | | *ORDER IS DENIED | CLK | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . END OF SUMMARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .